**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 18-6707**

───────────

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

SERGEANT DICKERSON; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellees.

───────────

**No. 18-6734**

───────────

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

GABRIEL MORGAN, Sheriff; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellees.

───────────

**No. 18-6736**

───────────

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; M.J. O. PERRY,

Defendants - Appellees.

No. 18-6739

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

JOSHUA A. GOFF,

Defendant - Appellee.

No. 18-6740

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; MR. HAYES,

Defendants - Appellees.

No. 18-6741

MILTON BROWN, a/k/a Sultan Immanuel-El-Bey,

2

Plaintiff - Appellant,

v.

LEWIS SAUNDERS; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellees.

---

**No. 18-6742**

---

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

CORRY N. SMITH,

Defendant - Appellee.

---

**No. 18-6743**

---

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; MAJOR COWAN,

Defendants - Appellees.

---

**No. 18-6744**

---

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; CAPT. ELLIS,

Defendants - Appellees.

No. 18-6755

MILTON BROWN, a/k/a Sultan Immanuel El-Bey,

Petitioner - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; SGT CASSELLS,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:18-cv-00345-JAG-RCY; 3:18-cv-00386-JAG-RCY; 3:18-cv-00347-JAG-RCY; 3:18-cv-00223-JAG-RCY; 3:18-cv-00341-JAG-RCY; 3:18-cv-00388-JAG-RCY; 3:18-cv-00225-JAG-RCY; 3:18-cv-00343-JAG-RCY; 3:18-cv-00339-JAG-RCY; 3:18-cv-00349-JAG-RCY)

Submitted: December 20, 2019                    Decided: January 8, 2020

Before MOTZ, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

4

Milton Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Milton Brown challenges the district court's orders dismissing his civil actions pursuant to 28 U.S.C. § 1915(e)(2)(B) (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Dickerson*, No. 3:18-cv-00345-JAG-RCY (E.D. Va. June 8, 2018); *Brown v. Morgan*, No. 3:18-cv-00386-JAG-RCY (E.D. Va. June 13, 2018); *Brown v. Dep't of Justice*, No. 3:18-cv-00347-JAG-RCY (E.D. Va. June 12, 2018); *Brown v. Goff*, No. 3:18-cv-00223-JAG-RCY (E.D. Va. June 13, 2018); *Brown v. Dep't of Justice*, No. 3:18-cv-00341-JAG-RCY (E.D. Va. June 12, 2018); *Brown v. Saunders*, No. 3:18-cv-00388-JAG-RCY (E.D. Va. June 13, 2018); *Brown v. Smith*, No. 3:18-cv-00225-JAG-RCY (E.D. Va. June 12, 2018); *Brown v. Dep't of Justice*, No. 3:18-cv-00343-JAG-RCY (E.D. Va. June 13, 2018); *Brown v. Dep't of Justice*, No. 3:18-cv-00339-JAG-RCY (E.D. Va. June 12, 2018); *Brown v. Dep't of Justice*, No. 3:18-cv-00349-JAG-RCY (E.D. Va. June 13, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*